ESTATE OF GEORGE ZARRELLA *v.* ROGER PELL

The order of July 23, 1987, granting the plaintiff's petition for certification, 204 Conn. 811, is vacated and the petition is dismissed without prejudice.

Decided July 30, 1987

DANIEL BOMBERO ET AL. *v.* IRENE MARCHIONNE

The plaintiffs' petition for certification for appeal from the Appellate Court, 11 Conn. App. 485, is denied.

*Bruce L. Levin,* in support of the petition.

Decided July 30, 1987

STATE OF CONNECTICUT *v.* SILAS HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 397, is denied.

*Joette Katz,* public defender, in support of the petition.

Decided July 30, 1987

MALCOLM T. ARENBURG, JR. *v.*
FARMHOLME, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 810, is denied.

*Richard H. Kosinski,* in support of the petition.

*Raphael Korff,* in opposition.

Decided July 30, 1987